IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

STEPHEN HEMPHILL
ADC # 137746                                                                                          PLAINTIFF

V.                                          4:07CV00004 JMM

THOMAS LIGON, Captain (former), White
County Jail; GARY CADE, CO-1, White County
Jail; GREG GAINS, CO-1, White County Jail; and
DENY BISHOP, Captain, White County Jail                                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and the Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.   Plaintiff's complaint against Defendants is DISMISSED with prejudice; and

2.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 19th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE