# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

STEPHEN HEMPHILL
ADC # 137746                                                                                           PLAINTIFF

V.                                       4:07CV00004 JMM

THOMAS LIGON, Captain (former), White
County Jail; GARY CADE, CO-1, White County
Jail; GREG GAINS, CO-1, White County Jail; and
DENY BISHOP, Captain, White County Jail                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 19th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE